## BROWN v. STATE.
### No. 17063.

Court of Criminal Appeals of Texas.

Nov. 7, 1934.

Rehearing Denied Dec. 12, 1934.

· J. W. McCullough, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of transporting intoxicating liquor, and his punishment assessed at confinement in the state penitentiary for a term of one year.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## STEWART v. STATE.
### No. 17049.

Court of Criminal Appeals of Texas.

Nov. 28, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment assessed being twelve years in the penitentiary.

The indictment is in proper form. The record contains neither statement of facts nor bills of exception. In such condition nothing is brought forward for review.

The judgment is affirmed.